**CHARGE OF DISCRIMINATION**

This form is affected by the Privacy Act of 1974; see Privacy Act Statement on reverse before completing this form.

CHARGE NUMBER: ☒ FEPA 9-SEM-0064-SX/R   ☐ EEOC

**Massachusetts Commission Against Discrimination** — and EEOC
(State or local Agency, if any)

| Field | Value |
|---|---|
| NAME | Mr. Paul Proudy |
| HOME TELEPHONE NO. | (413) 772-0770 |
| STREET ADDRESS | 38 Orchard Street |
| CITY, STATE AND ZIP CODE | Greenfield, MA 01301 |
| COUNTY | Franklin |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| Field | Value |
|---|---|
| NAME | Deerfield Academy |
| NO. OF EMPLOYEES/MEMBERS | Approx 200± |
| TELEPHONE NUMBER | (413) 772-0241 |
| STREET ADDRESS | Deerfield, MA 01342 |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)):
☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN  ☐ AGE  ☒ RETALIATION  ☐ OTHER (Specify)

DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (Month, day, year): Through September 16, 1991

THE PARTICULARS ARE (If additional space is needed, attached extra sheet(s)):

Mr. Proudy was forced to terminate his employment on September 16, 1991 at Deerfield Academy as a result of sex discrimination, sexual harassment, and retaliation.

Mr. Proudy began working at Deerfield Academy in November of 1978 as a Chef. In or about 1982, Mr. Proudy was promoted to Production Manager of Deerfield Academy's food services. His supervisor was Florrie Paige, the Food Service Director.

Periodically throughout his term of employment, Ms. Paige subjected Mr. Proudy to unwelcome sexual advances, and other verbal and physical conduct of a sexual nature which affected his employment, unreasonably interfered with his work performance and created an intimidating, hostile, and offensive work environment. Ms. Paige's sexual harassment of Mr. Proudy increased in intensity and frequency during the spring of 1991.

In or about July of 1991, Mr. Proudy informed Ms. Paige's supervisor, Michael Sheridan, Business Manager at Deerfield Academy, of her conduct, but the harassment continued. Finally, in an effort to distance himself from Ms. Paige, Mr. Proudy asked Mr. Sheridan for a job reassignment. Mr. Proudy sought reassignment with the hope of escaping from the sexual harassment. Consequently, in July of 1991, Mr. Proudy voluntarily accepted the position of breakfast cook, a significant demotion. The harassment, however, continued and worsened in retaliation for Mr. Proudy's effort to end the harassment by speaking with Ms. Paige's supervisor.

Finally, Mr. Proudy was forced to terminate his employment at Deerfield Academy on September 16, 1991 as a result of the sex discrimination, sexual harassment, and retaliation.

RECEIVED FEB 13 1992

☒ I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – (When necessary to meet State and Local Requirements)
Mary Ann Nipkins

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.
By: Nancy A. Lyd — 2/12/92
Nancy A. Lyd, Esq., His Attorney
Cain, Hibbard, Myers & Cook, 66 West Street
Pittsfield, MA 01201

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year)

EEOC FORM 5 (MAR 94)   PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE AND MUST NOT BE USED